Same case below, 367 Fed. Appx. 502.

**No. 09-10867. Harold G. Henderson, Petitioner v. United States.**

561 U.S. 1017, 130 S. Ct. 3485, 177 L. Ed. 2d 1076, 2010 U.S. LEXIS 5224.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 595 F.3d 1198.

**No. 09-10869. Shanita Monique Hampton, Petitioner v. United States.**

561 U.S. 1017, 130 S. Ct. 3485, 177 L. Ed. 2d 1076, 2010 U.S. LEXIS 5185.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 365 Fed. Appx. 803.

**No. 09-10873. Jermario Taylor, Petitioner v. United States.**

561 U.S. 1017, 130 S. Ct. 3485, 177 L. Ed. 2d 1076, 2010 U.S. LEXIS 5207.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 596 F.3d 373.

**No. 09-10879. Brandon Eugene Getachew, Petitioner v. United States.**

561 U.S. 1017, 130 S. Ct. 3486, 177 L. Ed. 2d 1076, 2010 U.S. LEXIS 5201.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 364 Fed. Appx. 931.

**No. 09-10880. Ivan Ulises Galarza-Ramos, aka Ivan Ulises Galarza, Petitioner v. United States.**

561 U.S. 1017, 130 S. Ct. 3486, 177 L. Ed. 2d 1076, 2010 U.S. LEXIS 5230.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 367 Fed. Appx. 503.

**No. 09-10883. L. G. H., Petitioner v. United States.**

561 U.S. 1017, 130 S. Ct. 3486, 177 L. Ed. 2d 1076, 2010 U.S. LEXIS 5198.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 361 Fed. Appx. 776.

**No. 09-10889. William Henry Harrison, aka Wayne Green, Petitioner v. United States.**

561 U.S. 1017, 130 S. Ct. 3486, 177 L. Ed. 2d 1076, 2010 U.S. LEXIS 5188.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 350 Fed. Appx. 954.